IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FORT WORTH AUTO SUPPLY, INC | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00787-P |
| | § | |
| ALLIED INSURANCE COMPANY | § | |
| OF AMERICA, AND NICKI HAAK, | § | |
|     *Defendants.* | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NICKI HAAK

Plaintiff Fort Worth Auto Supply, Inc ("Plaintiff") and Defendants Allied Insurance Company of America ("Allied") and Nicki Haak ("Haak") (collectively, "Defendants") hereby file this Agreed Stipulation of Dismissal with Prejudice applicable as to Plaintiff's claims against Defendant Nicki Haak only.

1. Plaintiff filed suit against Allied and Haak related to an insurance claim for property damage.

2. Prior to removal to federal court, Allied notified Plaintiff that it was electing to "accept whatever liability Nicki Haak might have to" Plaintiff for her "acts or omissions related to the claim." *See* Doc. No. 1-4; *see also* Tex. Ins. Code §542A.006(a). Allied thus contends that Nicki Haak should be dismissed from this lawsuit with prejudice.

3. Plaintiff agrees to the dismissal of Nicki Haak with prejudice, subject to Tex. Ins. Code §542A.006(g).[1]

---

[1] If an insurer makes an election under Subsection (a) and the agent is not a party to the action, evidence of the agent's acts or omissions may be offered at trial and, if supported by sufficient evidence, the trier of fact may be asked to resolve fact issues as if the agent were a defendant, and a judgment against the insurer must include any liability that would have been assessed against the agent.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

6. This stipulation of dismissal does not affect Plaintiff's claims against Allied Insurance Company of America.

Respectfully submitted,

*/s/ Jonathan P. Ayers (w/ permission PMK)*
Jonathan P. Ayers
Texas Bar No. 01465900
jayers@ayersfirm.com
Ayers & Ayers
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
(817) 267-9009
(817) 318-0663 – Facsimile

**ATTORNEY FOR PLAINTIFF**

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Jacob J. Baran
Texas Bar No. 24140832
jbaran@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANTS
ALLIED INSURANCE COMPANY OF
AMERICA AND NICKI HAAK**

and

*/s/ Randall G. Walters (w/ permission PMK)*
Randall G. Walters
Texas Bar No. 20819480
randy.walters@wbclawfirm.com
Walters, Balido & Crain
10440 North Central Expwy, Ste. 1500
Dallas, Texas 75231
(214) 749-4805
(214) 347-8381 – Facsimile

**LOCAL COUNSEL FOR DEFENDANT
ALLIED INSURANCE COMPANY OF
AMERICA**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 3rd day of September, 2024 to:

Jonathan P. Ayers
Ayers & Ayers
4205 Gateway Dr., Ste. 100
Colleyville, Texas 76034
jayers@ayersfirm.com

                */s/ Patrick M. Kemp*
                Patrick M. Kemp