UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FORT WORTH AUTO SUPPLY, INC.**,

   Plaintiff,

v.                                        No. 4:24-cv-00787-P

**ALLIED INSURANCE COMPANY OF AMERICA**,

   Defendant.[1]

## ORDER

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 24. Having reviewed the Motion and the applicable law, the Court concludes that there are genuine issues of material fact that prevent judgment from being rendered as a matter of law. Therefore, the Motion should be and is hereby **DENIED.**

**SO ORDERED** on this **22nd day of April 2025.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Nikki Haak was dismissed by the Parties' joint stipulation on September 3, 2024. ECF No. 10. The "et al." in the case style should therefore be removed to delete the reference to Haak.